GEORGE BUNKLEY, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Division B.

Opinion Filed March 1, 1828.

*Murray Sams*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *H. E. Carter*, Assistant, for the State.

PER CURIAM.—Upon an indictment charging murder in the first degree, the defendant was found guilty of murder in the first degree with a recommendation to mercy. Un-

der the statute a sentence to life imprisonment was imposed.

On writ of error it is considered that the evidence is insufficient to show the premeditated design to effect death that is essential to a conviction of murder in the first degree, therefore, the judgment is erroneous. See Smither ·v. State, 84 Fla. 498, 94 So. Rep. 156.

ELLIS, C. J., AND WHITFIELD, TERRELL AND BROWN, J. J., concur.

. STRUM, J., absent on account of illness.

BUFORD, J., dissents.